UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSURANCE CASUALTY COMPANY OF AMERICA and MARYLAND CASUALTY COMPANY,<br><br>    Plaintiffs,<br><br>    vs.<br><br>LEXINGTON INSURANCE COMPANY; NORTH AMERICAN SPECIALTY INSURANCE COMPANY and DOES 1-10,<br><br>    Defendants. | CASE NO.:   2:11-cv-02928-JAM-JFM<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF NORTH AMERICAN CAPACITY INSURANCE COMPANY** |

ORDER FOR DISMISSAL WITH PREJUDICE OF NORTH AMERICAN
CAPACITY INSURANCE COMPANY                    CASE NO.: 2:11-CV-02928-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

In accordance with the stipulation by and between Assurance Company of America and Maryland Casualty Company ("Assurance and Maryland") and North American Capacity Insurance Company ("NAC"), through their respective counsel of record, IT IS HEREBY ORDERED that plaintiffs, Assurance and Maryland's causes of action against NAC are dismissed with prejudice.  Each party is to bear its own attorney's fees and costs.

DATED:  Septmber 26, 2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

ORDER FOR DISMISSAL WITH PREJUDICE OF NORTH AMERICAN CAPACITY INSURANCE COMPANY      CASE NO.: 2:11-CV-02928-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com