RAMIRO MORALES, # 167947
MORALES FIERRO & REEVES
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, CA  94523
Telephone:  (925) 288-1776
Facsimile:   (925) 288-1856

Attorneys for Plaintiffs
ASSURANCE COMPANY OF AMERICA and
MARYLAND CASUALTY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ASSURANCE COMPANY OF AMERICA and MARYLAND CASUALTY COMPANY, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>LEXINGTON INSURANCE COMPANY; NORTH AMERICAN SPECIALTY INSURANCE COMPANY; and DOES 1-10, )<br><br>Defendants. | CASE NO.:    2:11-cv-02928-JAM-AC<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: John A. Mendez<br>Complaint Filed:  11/04/11<br>Trial Date:  None set |

**<u>ORDER</u>**

In accordance with the Stipulation and Request for Dismissal of the above entitled action in its entirety, with Prejudice, by and between Assurance Company of America and Maryland Casualty Company ("Assurance and Maryland") and Lexington Insurance Company ("Lexington"), through their respective counsel of record, and filed herein:

IT IS HEREBY ORDERED that the above entitled action be dismissed, in its entirety, with prejudice.  Each party is to bear its own attorney's fees and costs.

DATED:   2/28/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

[PROPOSED] ORDER DISMISSING LEXINGTON                                    2:11-cv-02928-JAM-AC